# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WE-DO-IT PTY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 23-820-GBW |
| WE-DO-IT INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiff we-do-IT PTY Ltd. ("Plaintiff") filed its Complaint against Defendant we-do-IT Inc. ("Defendant") on July 28, 2023 (D.I. 1);

WHEREAS, the deadline to respond to the Complaint is September 12, 2023;

WHEREAS, the parties have conferred regarding an extension of time for Defendant to answer, move, or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel and subject to the approval of the Court, that:

1. The time for Defendant to file its response to the Complaint is extended to September 19, 2023.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

        K&L GATES LLP

        By: */s/ Megan E. O'Connor*
            Steven L. Caponi (#3484)
            Megan E. O'Connor (#6569
            600 N. King St., Suite 901
            Wilmington, Delaware 19801
            Telephone: (302) 416-7000
            steven.caponi@klgates.com
            megan.oconnor@klgates.com

*Attorneys for Plaintiff*


        POTTER ANDERSON & CORROON LLP

        By: */s/ Jesse L. Noa*
            Jesse L. Noa (#5973)
            Brandon R. Harper (#6418)
            Andrew M. Moshos (#6685)
            Hannah L. Paxton (#7096)
            Hercules Plaza, 6th Floor
            1313 North Market Street
            Wilmington, Delaware 19801
            (302) 984-6000 – Telephone
            jnoa@potteranderson.com
            bharper@potteranderson.com
            amoshos@potteranderson.com
            hpaxton@potteranderson.com

*Attorneys for Defendant*


Dated: September 12, 2023


    IT IS SO ORDERED this _____ day of _____, 2023.


                      _____
                      Judge Gregory B. Williams