### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WE-DO-IT PTY LTD.,<br><br>        Plaintiff,<br><br>   v.<br><br>WE-DO-IT INC.,<br><br>        Defendant. | C.A. No. 23-820-GBW |

### STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANTS' MOTION TO DISMISS

WHEREAS, plaintiff we-do-IT Pty Ltd. ("Plaintiff") filed its Complaint against defendant we-do-IT Inc. ("Defendant") on July 28, 2023;

WHEREAS, Defendant's Motion to Dismiss or Stay was filed on September 19, 2023;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel and subject to the approval of the Court, that:

1. The time for Plaintiff to file its answering brief will be on or before October 17, 2023;

2. The time for Defendant to file its reply brief will be on or before October 31, 2023.

| | |
|---|---|
| Dated: September 28, 2023 | **K&L GATES LLP**<br><br>*/s/ Megan E. O'Connor*<br>Steven L. Caponi (No. 3484)<br>Megan E. O'Connor (No. 6569)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 416-7000<br>steven.caponi@klgates.com<br>megan.oconnor@klgates.com<br><br>*Attorneys for Plaintiff* |

2

        POTTER ANDERSON & CORROON LLP

        */s/ Hannah L. Paxton*
        Jesse L. Noa (No. 5973)
        Andrew M. Moshos (No. 6685)
        Hannah L. Paxton (No. 7096)
        Hercules Plaza – 6th Floor
        1313 N. Market Street
        Wilmington, DE  19801
        Telephone:  (302) 984-6000
        jnoa@potteranderson.com
        amoshos@potteranderson.com
        hpaxton@potteranderson.com

        *Attorneys for Defendant*