**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Jesse L. Noa
Partner
jnoa@potteranderson.com
Direct  302.984.6146

June 3, 2024

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
The Honorable Sherry R. Fallon
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    we-do-IT PTY LTD. v. we-do-IT, Inc.
            **C.A. No. 1:23-cv-00820-GBW-SRF**

Dear Judge Williams and Judge Fallon:

    I write on behalf of the parties to inform the Court that the parties have reached a settlement in principle.  Accordingly, the parties respectfully request that this proceeding be stayed for 30 days upon which time the parties will either submit a stipulation of dismissal or a status report.

    Counsel is available at the Court's convenience should the Court have any questions.

    Respectfully,

    */s/ Jesse L. Noa*

    Jesse L. Noa (#5973)

JLN/caw:11514643